UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*FILED*

United States of America,         :

               Plaintiff,         :               2004 JUN 24  A 10: 50

        v.                        :     CIVIL NO: 3:01CV48(RNC)
                                        U.S. DISTRICT COURT
Martha E. May,                    :          HARTFORD, CT.

               Defendant.         :     June 22, 2004

## SATISFACTION OF JUDGMENT

The judgment in the above-captioned case has been paid in full, the Clerk of the United States District Court for the District of Connecticut is hereby authorized and empowered to satisfy and cancel said judgment of record.

RESPECTFULLY SUBMITTED,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

CHRISTINE SCIARRINO
ASSISTANT UNITED STATES ATTORNEY
P. O. BOX 1824
NEW HAVEN, CT 06510
(203) 821-3700
FEDERAL NO. CT03393

## C E R T I F I C A T I O N

This is to certify that a copy of the within and foregoing Satisfaction of Judgment was mailed, postage prepaid, on June 22, 2004.

Martha E. May
223A Gallows Hill Road
Redding, CT  06896-1413

CHRISTINE SCIARRINO
ASSISTANT UNITED STATES ATTORNEY